In the Matter of MARTHA WARD et al., as Executrices of THERESA F. WARD, Deceased, Appellants, against THE TEACHERS' RETIREMENT BOARD, Respondent.

(Argued February 9, 1931; decided February 19, 1931.)

*William H. Hyman, Paul J. McCauley* and *Harold W. Hayman* for appellants.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Henry J. Shields* and *William E. C. Mayer* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.